# SUPPLEMENTAL RETURN

UNITED STATES DISTRICT COURT
District of Connecticut

## Case 3:18-CV-01785-VLB

CAMERON L. ATKINSON
VS
FACEBOOK, INC., ET AL.

Afterwards I received the return receipt hereto annexed, **(MARK ZUCKERBERG)**.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mark Zuckerberg
1601 Willow Road
Menlo Park, CA 94025

9590 9402 4846 9032 7541 10

2. Article Number (Transfer from service label)
7019 1120 0001 4466 3007

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

ATTEST:
_____
CHARLES J. LILLEY
STATE MARSHAL
HARTFORD COUNTY