UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| **CAMERON L. ATKINSON,** | : | CIV. NO. 3:19cv01785 (VLB) |
| Plaintiff, | : | |
| v. | : | |
| **FACEBOOK, INC.,** | : | |
| **MARK ZUCKERBERG,** | : | |
| Defendants. | : | JANUARY 21, 2020 |

## DEFENDANTS' MOTION TO DISMISS OR TRANSFER

Pursuant to Fed. R. Civ. P. 12(b)(6), the Defendants hereby move to dismiss this action with prejudice. Alternatively, the Defendants move that this Court transfer this action to the Northern District of California. In support of this Motion, the Defendants have submitted their Memorandum of Law and Declaration of Nicholas Wong with attached Exhibits A-D. For the reasons Defendants articulate in their Memorandum of Law, the Court should dismiss this action with prejudice.

                THE DEFENDANTS, FACEBOOK, INC. AND MARK
                ZUCKERBERG

    By:    /s/ Gary S. Klein
              Gary S. Klein (ct09827)
              Carmody Torrance Sandak & Hennessey LLP
              707 Summer Street, 3rd Floor
              Stamford, CT 06901-1026
              Tel: (203) 252-2696
              Fax: (203) 325-8608
              gklein@carmodylaw.com
              Their Attorneys

**ORAL ARGUMENT REQUESTED**
1368546

**Paven Malhotra (Pending Admission Pro Hac Vice)**
**pmalhotra@keker.com**
**Nicholas Green (Pending Admission Pro Hac Vice)**
**ngreen@keker.com**
**Keker, Van Nest & Peters, LLP**
**633 Battery Street**
**San Francisco, California 94111**
**Tel:  415 391 5400**
**Fax:  415 397 7188**
**Their Attorneys**

## **CERTIFICATE OF SERVICE**

**I hereby certify that on January 21, 2020 I filed a copy of the foregoing electronically and served a copy of the foregoing by mail on anyone unable to accept electronic filing. The Court's electronic filing system will send notice of this filing by e-mail to all parties. Parties may access this filing through the court's CM/ECF System.**

                                        **/s/ Gary S. Klein**
                                        **Gary S. Klein**