UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAMERON L. ATKINSON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> FACEBOOK, INC., ) <br> MARK ZUCKERBERG, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 3:19cv01785 (VLB) <br><br><br> JANUARY 24, 2020 |

**AFFIDAVIT OF NICHOLAS GREEN IN SUPPORT OF MOTION FOR
<u>ADMISSION AS VISITING ATTORNEY</u>**

**Nicholas Green, being first duly sworn, deposes and says:**

1. I am an associate in the law firm of Keker, Van Nest & Peters, LLP who maintains my principal office at 633 Battery Street, San Francisco, California 94111.  My phone number is (415) 676-2241, my facsimile number is (415) 397-7188 and my email address is ngreen@keker.com.

2. I submit this affidavit in support of my motion for admission as a visiting attorney in this action for the purposes of representing Defendants Facebook, Inc. and Mark Zuckerberg.  If called to testify, I could and would competently testify to the matters set forth herein.

3. I am admitted to the Bar of the Commonwealth of Massachusetts (Bar No. 698510), the State of California (Bar No. 323959), the U.S. Court of Appeals for the Second Circuit (no bar number issued), and

{S7233411}

        the U.S. Court of Appeals for the Ninth Circuit (no bar number issued).

4. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5. I have not been denied admission, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for an admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I designate Gary S. Klein, Carmody Torrance Sandak & Hennessey LLP who maintains his principal office at 707 Summer St., Stamford, Connecticut 06901-1026, as my agent for service of process, and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

I declare under penalty of perjury that the following is true and correct.

Executed on January 23, 2020, in San Francisco, California.

<u>**/s/ Nicholas Green**</u>
**Nicholas Green**

**Subscribed and sworn to before me this 23rd day of January, 2020.**

<u>**/s/ Bryant Cavers**</u>
**Notary Public**
**Commission Expires: 2/26/23**

{S7233411}                                      **3**

## CERTIFICATE OF SERVICE

**I hereby certify that on January 24, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.**

                                                **/s/ Gary S. Klein**
                                                **Gary S. Klein**