# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAMERON L. ATKINSON, | CIV. NO. 3:19cv01785 (JCH) |
| Plaintiff, | |
| v. | |
| FACEBOOK, INC., MARK ZUCKERBERG, | |
| Defendants. | MARCH 17, 2020 |

## MOTION TO EXTEND TIME FOR DEFENDANTS TO REPLY TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 7(b) and Local Rule 7(b) the Defendants move that the Court extend the deadline for the Defendants to reply to the Plaintiff's Memorandum of Law in Opposition to Motion to Dismiss by ten (10) days, through and including April 6, 2020. In support hereof, the undersigned represents the following:

1. The undersigned has inquired of the Plaintiff and he has indicated that he has no objection to this motion.

2. No party will incur prejudice by the extension.

3. This is the first Motion to Extend Time Defendants filed with respect to this time limitation, or any time limitation in this action.

4. Good cause exists for the extension because Defendants require a brief extension to analyze and prepare to reply to the complex arguments Plaintiff made.

{S7240651;2}

5. Further good cause exists for this extension in light of the COVID-19 pandemic and quarantine efforts and impact on Defendants and their counsel.

WHEREFORE, the Defendants hereby move that the Court grant this ten (10) day extension.

    THE DEFENDANTS, FACEBOOK, INC. AND MARK ZUCKERBERG

    By:   /s/ Lindsay T. Reed
    Gary S. Klein (ct09827)
    Lindsay T. Reed (ct30896)
    Carmody Torrance Sandak & Hennessey LLP
    707 Summer Street, 3rd Floor
    Stamford, CT 06901-1026
    Tel: (203) 252-2696
    Fax: (203) 325-8608
    gklein@carmodylaw.com
    lreed@carmodylaw.com
    Their Attorneys

    Paven Malhotra (Pro Hac Vice)
    pmalhotra@keker.com
    Nicholas Green (Pro Hac Vice)
    ngreen@keker.com
    Keker, Van Nest & Peters, LLP
    633 Battery Street
    San Francisco, California 9411
    Tel:  415 391 5400
    Fax:  415 397 7188
    Their Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2020 I filed a copy of the foregoing electronically and served a copy of the foregoing by mail on anyone unable to accept electronic filing.  The Court's electronic filing system will send notice of this filing by e-mail to all parties.  Parties may access this filing through the court's CM/ECF System.

/s/ Lindsay T. Reed
Lindsay T. Reed
