# UNITED STATED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAMERON L. ATKINSON, | : | |
| | : | |
| Plaintiff, | : | 3:19-CV-01785-JCH |
| | : | |
| v. | : | |
| | : | |
| FACEBOOK, INC., | : | |
| MARK ZUCKERBERG, | : | |
| Defendants. | : | April 28, 2020 |

## MOTION TO FILE AND SERVE A SUPPLEMENTAL COMPLAINT

Pursuant to Fed. R. Civ. P. 15(d), the Plaintiff, Cameron L. Atkinson, respectfully moves the Court for permission to file and serve a supplemental complaint setting out occurrences that happened after the date of his complaint. A copy of the proposed supplemental pleading is attached as **Exhibit A** for the Court's convenience.

Fed. R. Civ. P. 15(d) allows the Court to "permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." Fed. R. Civ. P. 15(d). "A supplemental pleading is designed to obtain relief along the same lines, pertaining to the same cause, and based on the same subject matter or claims for relief, as set out in the original [pleading]." *Shanshan Shao v. Beta Pharma, Inc.*, 2018 WL 1882855, at *1 (D. Conn., Apr. 19, 2018) (internal quotations and citations omitted). Because "Rule 15(d) reflects a liberal policy favoring a merit-based resolution of the entire controversy between the parties," *Witkowich v. Gonzales*, 541 F. Supp. 2d 572, 590 (S.D.N.Y. 2008) (internal quotations omitted), courts are to grant motions to supplement "[a]bsent undue delay, bad faith, dilatory tactics, undue prejudice to the party to be served with the proposed pleading, or futility." *Quarantino v. Tiffany & Co.*, 71 F.3d 58, 66 (2d. Cir. 1995).

No disqualifying factors are present in the instant motion and supplemental pleading. Therefore, for the foregoing reasons, Mr. Atkinson respectfully requests that the Court grant his motion to file and serve his supplemental pleading. *See* **Exhibit A**.

                THE PLAINTIFF

                By: <u>/s/ NORMAN A. PATTIS /s/</u>
                     NORMAN A. PATTIS
                     PATTIS & SMITH, LLC
                     383 Orange Street
                     New Haven, CT 06511
                     203.393.3017
                     203.393.9745
                     npattis@pattislaw.com
                     ct13120

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2020, I filed a copy of the foregoing electronically and served a copy of the foregoing by mail on anyone unable to accept electronic filing. The Court's electronic filing system will send notice of this filing by e-mail to all parties. Parties may access this filing through the Court's CM/ECF System.

                <u>/s/ NORMAN A. PATTIS /s/</u>
                NORMAN A. PATTIS