UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAMERON L. ATKINSON,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG,<br><br>    Defendant. | Case No. 3:19-CV-01785-JCH<br><br><br><br>MAY 26, 2020 |

## DEFENDANTS' *UNOPPOSED* MOTION FOR LEAVE TO FILE A SUPPLEMENTAL RULE 12 MOTION WITHIN 21 DAYS

  Pursuant to Federal Rule of Civil Procedure 15(d), Defendants Facebook, Inc. and Mark Zuckerberg (collectively, "Defendants") respectfully move the Court for leave to file a supplemental Rule 12 Motion addressing the allegations in Plaintiff Cameron Atkinson's Supplemental Complaint (Dkt. No. 48) within 21 days of the filing of the Supplemental Complaint.

  On November 12, 2019, Plaintiff filed his original Complaint (Dkt. No. 1). Defendants filed their Motion to Dismiss on January 21, 2020 (Dkt. No. 17). On April 6, 2020, the parties completed briefing on the Motion to Dismiss. The Court has not yet ruled on Defendants' pending motion. On April 28, 2020, Plaintiff moved the Court for leave to file a Supplemental Complaint to incorporate allegations that purportedly arose after he filed his original Complaint (Dkt. No. 46). The Court granted Plaintiff's motion on May 21, 2020 and Plaintiff filed his Supplemental Complaint on May 22, 2020 (Dkt. No. 48).

  Federal Rule of Civil Procedure 15(d) provides that "[t]he court may order that the opposing party plead to the supplemental pleading within a specified time." Although the Court has not issued any orders requiring Defendants to respond to the Supplemental

1

Complaint, Defendants respectfully request leave to file a supplemental Rule 12 Motion within 21 days.

To ensure that any ruling on the pending Motion to Dismiss addresses the claims raised in both the Original and Supplemental Complaints, Defendants respectfully request leave to file a Supplemental Rule 12 Motion.  Such a motion will afford the Court a vehicle to address all pending allegations and causes of action in a single Order.

Defendants have conferred with Plaintiff's counsel, who does not object to this request.

THE DEFENDANTS, FACEBOOK, INC. AND MARK ZUCKERBERG

By: /s/ *Nicholas Green*
Paven Malhotra (PHV 10472)
pmalhotra@keker.com
Nicholas Green (PHV 10471)
ngreen@keker.com
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
Tel: (415) 391-5400
Fax: (415) 397-7188
Their Attorneys

Gary S. Klein (ct09827)
Lindsay T. Reed (ct30895)
Carmody Torrance Sandak & Hennessey LLP
707 Summer Street, 3rd Floor
Stamford, CT 06901-1026
Tel: (203) 252-2696
Fax: (203) 325-8608
gklein@carmodylaw.com
lreed@carmodylaw.com
Their Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2020 I filed a copy of the foregoing electronically and served a copy of the foregoing by mail on anyone unable to accept electronic filing.  The Court's electronic filing system will send notice of this filing by e-mail to all parties.  Parties may access this filing through the court's CM/ECF System.

/s/ *Nicholas Green*

1384621