UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAMERON L. ATKINSON,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG,<br><br>    Defendants. | Case No. 3:19-CV-01785-JCH<br><br><br><br>August 3, 2020 |

### DEFENDANTS' MOTION FOR CLARIFICATION

On July 27, 2020, the Court entered a Ruling on Defendants' motions to dismiss, or in the alternative, to transfer Plaintiff Cameron L. Atkinson's suit against Facebook, Inc. and Mark Zuckerberg. Doc. No. 54. The Court's order states that it "grant[ed] in part and den[ied] in part" Defendants' motions, and directs the clerk to transfer this case to the United States District Court for the Northern District of California. *Id.* at 7.[1]

Defendants respectfully move the Court for clarification with respect to one aspect of its July 27, 2020 Ruling: whether its partial denial of Defendants' Rule 12 Motions was without prejudice, such that Defendants may file a renewed motion to dismiss for failure to state a claim in the transferee Court. "When a court ruling is . . . ambiguous, the issuing court may grant the motion and provide additional clarification modifying that ruling or order after providing other parties an opportunity to respond." *MetCalf v. Yale University*, 2019 WL 1767411, at *2 (D. Conn. Jan. 4, 2019).

Because the Court transferred Plaintiff's action without deciding the merits of Defendants' motion to dismiss, Defendants respectfully request that the Court clarify its Ruling

---

[1] Defendants filed an initial Motion to Dismiss under Rule 12 (Doc. 17), as well as a supplemental Rule 12 Motion in response to Plaintiff's Supplemental Complaint (Doc. 51). The Court's Ruling applied to both motions. *See* Doc. 54 at 7.

to reflect that its partial denial of Defendants' Rule 12 motions was without prejudice, such that Defendants may submit a renewed Rule 12 motion after the case is transferred to the Northern District of California.  *See Fisher v. eBay, Inc.*, 2017 WL 9565759, at \*2 (D. Conn. July 26, 2017) (transferring case to Northern District of California and denying motion "without prejudice to the extent it seeks a dismissal of the action.").

|     | THE DEFENDANTS, FACEBOOK, INC. AND MARK ZUCKERBERG |
| --- | --- |
| By: | /s/ Nicholas Green<br>Paven Malhotra (PHV 10472)<br>pmalhotra@keker.com<br>Nicholas Green (PHV 10471)<br>ngreen@keker.com<br>Keker, Van Nest & Peters LLP<br>633 Battery Street<br>San Francisco, CA 94111<br>Tel: (415) 391-5400<br>Fax: (415) 397-7188<br>Their Attorneys |
|     | Gary S. Klein (ct09827)<br>Lindsay T. Reed (ct30895)<br>Carmody Torrance Sandak & Hennessey LLP<br>707 Summer Street, 3rd Floor<br>Stamford, CT 06901-1026<br>Tel: (203) 252-2696<br>Fax: (203) 325-8608<br>gklein@carmodylaw.com<br>lreed@carmodylaw.com<br>Their Attorneys |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2020 I filed a copy of the foregoing electronically and served a copy of the foregoing by mail on anyone unable to accept electronic filing. The Court's electronic filing system will send notice of this filing by e-mail to all parties. Parties may access this filing through the court's CM/ECF System.

/s/ Nicholas Green